JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>TAG ENTERTAINMENT CORP.,<br>Debtor.<br>_____<br>DIANE C. WEIL, Chapter 7 Trustee,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 2:16-cv-02213-CJC<br>[Bankruptcy Court Case No. 1:09-bk-26982-VK]<br>[Adversary Case No. 1:10-ap-01342-VK]<br>**JUDGMENT** |

Pursuant to the Court's "Order Withdrawing The Reference To The United States Bankruptcy Court And Adopting The Report And Recommendation Of The United States Bankruptcy Judge" filed October 5, 2016, it is hereby ADJUDGED that judgment is entered in this action in favor of defendant United States of America and against plaintiff Diane C. Weil, Chapter 7 Trustee, on all claims.

DATED: October 13, 2016

_____
Hon. Cormac J. Carney
UNITED STATES DISTRICT JUDGE

1